LISA LYNNE RUSSELL
Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

MARK A. NITCZYNSKI
Environmental Defense Section
999 18th Street; South Terrace; Suite 370
Denver, Co 80202
(303) 844-1498

AUSTIN D. SAYLOR
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 514-1880

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HANFORD CHALLENGE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JENNIFER M. GRANHOLM, in her official capacity as Secretary of the United States Department of Energy, *et al.*, <br><br> Defendants. | NO. 4:15-cv-5086-TOR (consolidated with 4:15-cv-5087-TOR) <br><br> **JOINT STATUS REPORT** |

Plaintiff State of Washington, Plaintiffs Hanford Challenge and United Association of Plumbers and Steamfitters Local Union 598, Defendants Jennifer M. Granholm, Secretary of the United States Department of Energy,[1] and the United States Department of Energy, and Defendant Washington River Protection Solutions, LLC, hereby submit this Joint Status Report and request that this Court require the parties to file another status report on or before February 1, 2028.

The parties report as follows:

1. On October 16, 2018, the parties informed this Court that they had reached a settlement. ECF No. 256.

2. At that time, the parties also informed this Court that, under the Settlement Agreement, Plaintiffs would not pursue their claims during the time that the Settlement Agreement is effective. *Id.* In addition, the parties explained that the Settlement Agreement includes a termination provision with a date of March 1, 2022; however, the Agreement may be terminated beforehand under certain circumstances and, conversely, the parties may extend the time that the Agreement is effective. *Id.* The parties stated that they could not then predict whether future litigation would be necessary or appropriate. *Id.*

3. On October 30, 2018, this Court granted the parties' motion to place this matter under an administrative stay. ECF No. 257. This Court's stay

---

[1] A new Secretary of Energy will be automatically substituted as a defendant in his official capacity. Fed. R. Civ. P. 25(d).

Joint Status Report                                   1

order provided that "[t]his consolidated case is STAYED until further Order of the Court." *Id.* The stay order also stated that "[a]ny party seeking to re-open this matter shall so move the Court." *Id.* In addition, at the parties' request, the stay order required that the parties "submit a joint status report on or before February 1, 2022, if this matter has not been re-opened prior to that time." *Id.*

4. On February 1, 2022, the parties submitted a joint status report that, among other things, stated that the parties were discussing a possible extension of the March 1, 2022 termination date included in the Settlement Agreement, and asked the Court to enter an order that required the parties to submit a status report on or before February 1, 2025, if this matter has not been re-opened prior to that time. ECF No. 258. Also on February 1, 2022, this Court entered an order requiring the parties to submit a joint status report on or before February 1, 2025, if this matter has not been re-opened before then. ECF 259.

5. The Settlement Agreement remains effective, and none of the parties has moved this Court to re-open the litigation. In addition, the parties have agreed to a separate modification that extends the March 1, 2022 termination date included in the Settlement Agreement to February 1, 2028. Furthermore, that modification provides that additional work under the Settlement Agreement currently is projected to be completed by June 30, 2027, and that the parties are scheduled to commence further negotiations no later than August 1, 2027.

6. None of the parties seeks to re-open this consolidated case at this time. Instead, the parties believe that continuing the administrative stay of this case is appropriate.

7. No action by this Court is required to continue the administrative stay. However, the parties suggest that this Court enter an order that requires the parties to submit a status report on or before February 1, 2028, if this matter has not been re-opened prior to that time.

8. A proposed order is being submitted with this Joint Status Report.

Joint Status Report                                3

DATED this 31st day of January, 2025.

| | |
|---|---|
| NICK BROWN<br>Attorney General<br><br>By: /s/ Kelly T. Wood<br>KELLY T. WOOD<br>John A. Level<br>Thomas J. Young<br>Caroline E. Cress<br>State of Washington<br>Office of the Attorney General<br>P.O. Box 40117<br>Olympia, WA  98504-0117<br>360-586-6770<br>kelly.wood@atg.wa.gov<br>johnl3@atg.wa.gov<br>tomy@atg.wa.gov<br>carolinec@atg.wa.gov<br><br>William R. Sherman<br>State of Washington<br>Office of the Attorney General<br>TB-14<br>Seattle, WA  98104<br>206-326-5494<br>bills5@atg.wa.gov<br><br>*Attorneys for Plaintiff State of Washington*<br><br>SMITH & LOWNEY PLLC<br><br>By: /s/ Richard A. Smith<br>MEREDITH A. CRAFTON<br>Richard A. Smith<br>2317 E. John Street<br>Seattle, WA  98112<br>206-860-2883<br>meredithc@smithandlowney.com<br>richard@smithandlowney.com<br><br>Beth E. Terrell<br>Blythe H. Chandler<br>Terrell Marshall Law Group PLLC<br>936 N. 34th Street, Suite 300 | LISA LYNNE RUSSELL<br>Deputy Assistant Attorney General<br>U.S. Department of Justice<br>Environment & Nat. Res. Division<br><br>VANESSA R. WALDREF<br>United States Attorney<br>Eastern District of Washington<br><br>By: /s/ Mark A. Nitczynski<br>MARK A. NITCZYNSKI<br>U.S. Department of Justice<br>Environment & Nat. Res. Division<br>Environmental Defense Section<br>999 18th Street, S. Terrace, Suite 370<br>Denver, CO  80202<br>303-844-1498<br>mark.nitczynski@usdoj.gov<br><br>Austin D. Saylor<br>U.S. Department of Justice<br>Environment & Nat. Res. Division<br>Environmental Defense Section<br>P.O. Box 7611<br>Washington, D.C.  20004<br>202-514-1880<br>austin.saylor@usdoj.gov<br><br>Derek T. Taylor<br>U.S. ATTORNEY'S OFFICE<br>P.O. Box 1494<br>Spokane, WA  99210-1494<br>509-353-2767<br>derek.taylor@usdoj.gov<br><br>*Attorneys for Defendants Jennifer M. Granholm and U.S. Department of Energy*<br><br>SUMMIT LAW GROUP, PLLC<br><br>By: /s/ J. Chad Mitchell<br>J. CHAD MITCHELL<br>1030 N. Center Parkway, Suite 308 |

Seattle, WA 98103-8869
206-816-6603
bterrell@terrellmarshall.com
bchandler@terrellmarshall.com

*Attorneys for Plaintiffs Hanford Challenge and United Association of Plumbers and Steamfitters Local Union 598*

Kennewick, WA 99336
509-735-5053
chadm@summitlaw.com

David M. Heineck
315 5th Avenue S., Suite 1000
Seattle, WA 98104
206-676-7000
davidh@summitlaw.com

*Attorneys for Defendant Washington River Protection Solutions, LLC*